UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

GERSON BENAVIDES,

                        Plaintiff,          09 Civ. 8600 (JGK)

        - against -                         MEMORANDUM OPINION
                                               AND ORDER
C.O. GRIER, ET AL.,

                        Defendants.

_____

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____          │
│ DATE FILED: 3/11/10          │
└─────────────────────────────┘
```

JOHN G. KOELTL, District Judge:

     The plaintiff's application for the Court to appoint

counsel is **denied without prejudice to renewal**, for failure to

make the required showing at this time.  The Court of Appeals

for the Second Circuit has articulated factors that should guide

the Court's discretion to appoint counsel to represent an

indigent civil litigant under 28 U.S.C. § 1915.  See Hodge v.

Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); Jackson v.

Moscicki, No. 99 Civ. 2427 (JGK), 2000 WL 511642, at *4

(S.D.N.Y. Apr. 27, 2000).  For the Court to order the

appointment of counsel, the plaintiff must, as a threshold

matter, demonstrate that his claim has substance or a likelihood

of success on the merits.  See Hodge, 802 F.2d at 61-62.  Only

then can the Court consider the other factors appropriate to

determination of whether counsel should be appointed:

"plaintiff's ability to obtain representation independently, and

his ability to handle the case without assistance in the light

of the required factual investigation, the complexity of the

legal issues, and the need for expertly conducted cross-

examination to test veracity." Cooper v. A. Sargenti Co., Inc.,

877 F.2d 170, 172 (2d Cir. 1989). The plaintiff has not yet

made such a showing.

SO ORDERED.

Dated:  New York, New York
        March 10, 2010

                                        _____
                                            John G. Koeltl
                                        United States District Judge

2