UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GERSON BENAVIDES,

               Plaintiff,          09 Civ. 8600 (JGK)

    - against -              ORDER

JON DOE #1, ET AL.,

               Defendants.
_____

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from the plaintiff. The Court has directed the pro se office to provide the plaintiff with a new service packet and has extended the plaintiff's time to serve the summons and complaint until **June 30, 2010**.

SO ORDERED.

Dated:    New York, New York
          May 25, 2010

                                       John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRON[ICALLY FILED]
DOC #:
DATE FILED: 5/26/10

Dear                                                                 May-13-2010

Your Honor, John, 6 Koeltl, my name is Genson, Benaudes, # 09 ciu8600, I written this letter waiting, when you recive this letter you doing well, Ok the next one is to let you know I still not serve the summons and complaint to the defendants because I still not have the information and all my paperwork your count have from my case when I have my cingury in my rigth knee, before I was C74 rigth there in rikers Island, I get this cingury in Bellevue Hospital center located first Ave and 27st, like in March 9-2010 I was transfer to NIC. Infirmary, But my property not fallow me I lost my property, I request to every body in that building, no body help me to get it in my property I have all information from the defendants, to make this chore I still not have my property in the letter you send me 4-6-10 you tell me the if I need help I can contact pro se office of that count, I send the letter to the pro se office to get all my paperwork an information from my case, But I don't have respond yet, I need your help to get my paperwork, and whit this matter I don't wanna my case going dismissed

For this problem, I am suffer and pain in my rigth knee and my back for this officer foult Ipriciate your tine and your help, And I ~~annd~~ am sorry for my write Ingles but I tryn to do my best.

Respetfully
Benavdes, Benson.


